IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                         PLAINTIFF

v.                          Case No. 5:17-cv-159 KGB/JTK

BURL, *et al.*                                                                      DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations issued by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Plaintiff Charles Ashford has not filed an objection to these Proposed Findings and Recommendations, and the time for filing an objection has passed. For the reasons set forth in the Proposed Findings and Recommendations (Dkt. No. 3), Judge Kearney recommends that this Court deny Mr. Ashford's motion to proceed *in forma pauperis* (Dkt. No. 1). After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 3).

The Court denies Mr. Ashford's motion to proceed *in forma pauperis* (Dkt. No. 1). Consequently, the Court dismisses without prejudice Mr. Ashford's complaint (Dkt. No. 2). Should Mr. Ashford wish to continue prosecuting this case, he must submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten days of the date of entry of this Order, along with a motion to reopen the case. Only upon timely receipt of the motion and full payment would this case be reopened.

It is so ordered this the 31st day of July, 2017.

                                                                                   Kristine G. Baker
                                                                                  United States District Judge